# EXHIBIT A

Jacquelyn Reaves
2657 Ramsey Drive
New Orleans, Louisiana 70131

January 19th, 2016

Somerset County Superior Courts
Civil Law Division
40 North Bridge Street
Somerville, New Jersey 08876

| JACQUELYN REAVES, THE PLAINTIFF<br>V.,<br>PETSMART, THE DEFENDANT | SUPERIOR COURT OF NEW JERSEY<br>SOMERSET COUNTY<br><br>DOCKET NO. SOM-L-77-16<br><br>**CIVIL ACTION**<br><br>COMPLAINT |
|---|---|

Plaintiff, Jacquelyn Reaves, residing at 2657 Ramsey Drive, City of New Orleans, County of Orleans Parish.

State of New Jersey, complaining of defendant, states as follows:

1. On December 21st, 2015, Petsmart, Defendant(s) violated the Conscientious Employee Act: Charge 2.32.

The defendant, Petsmart, in this action resides at 145 Promenade Boulevard, Bridgewater, New Jersey, 08807, in the County of Somerset, State of New Jersey.

2. Plaintiff is entitles to relief from the defendant(s) under the above facts.

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

   1. intentional drama, stress

   2. loss of earnings, loss of promotion, loss of wages

   3. emotional harm

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 01/19/2016          Signature: *Jacquelyn Reaves*

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 01/19/2016          Signature: *Jacquelyn Reaves*

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: _____          Signature: _____

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210