**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Attorneys at Law

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

jocelyn.merced@ogletreedeakins.com

June 9, 2017

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

> Re: *Jacquelyn Reaves v. PetSmart, et al.*
> <u>Civil Action No. 16-cv-1767-PGS-DEA</u>

Dear Judge Arpert:

We represent defendant PetSmart, Inc. ("PetSmart") in the above-referenced matter. I write to advise the Court that the parties have agreed to a settlement. In light of Plaintiff's *pro se* status and the extensive amount of litigation that has taken place between these parties to date, PetSmart respectfully requests that Your Honor allow the parties to appear in person on June 29, 2017 at 11:30 a.m. (the date previously scheduled for the Initial Conference in this matter) to place the settlement on the record. At that time, we will be prepared to deliver the settlement check to Plaintiff.

Please advise whether Your Honor is amenable to this request. Thank you for your kind attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

<u>s/Jocelyn A. Merced</u>
Jocelyn A. Merced

JAM:aa

cc: Jacquelyn Reaves, Pro Se (via electronic mail and ECF)
Thomas J. Rattay, Esq. (via ECF)

30003130.1

A South Carolina Professional Corporation ▪ Mark Diana ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington